499 P.2d 999

FARMERS MARKET FOOD STORE, a partnership consisting of Bert M. Jones and J. T. Haile, Jr., d/b/a Farmers Market Food Store, and Louis L. Martinez, its agent, servant, employee and manager, Petitioners,

v.

KIMBELL–ALBUQUERQUE CO. (Also known as Kimbell Wholesale Co. of Albuquerque N. M.), and Douglas Shope, its agent, servant and employee, Respondents.

No. 9511.

Supreme Court of New Mexico.

July 18, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 815, 84 N.M. 80, 499 P.2d 1002 be and the same is hereby returned to the Clerk of the Court of Appeals.

499 P.2d 999

Jack and Mable BEGAY, Petitioners,

v.

FIRST NATIONAL BANK OF FARMINGTON, Respondent.

No. 9526.

Supreme Court of New Mexico.

Aug. 4, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 835, 84 N.M.App. 83, 499 P.2d 1005 be and the same is hereby returned to the Clerk of the Court of Appeals.

499 P.2d 999

George and Bessie KELLYWOOD, Petitioners,

v.

FIRST NATIONAL BANK IN ALBUQUERQUE, Respondent.

No. 9527.

Supreme Court of New Mexico.

Aug. 4, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 837, 84 N.M. 83, 499 P.2d 1005 be and the same is hereby returned to the Clerk of the Court of Appeals.

499 P.2d 999

Alice MUSGROVE, Petitioner,

v.

DEPARTMENT OF HEALTH AND SOCIAL SERVICES OF the State of New Mexico, Respondent.

No. 9530.

Supreme Court of New Mexico.

Aug. 4, 1972.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 844, 84 N.M. 89, 499 P.2d 1011 be and the same is hereby returned to the Clerk of the Court of Appeals.